NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 19-50289 |
| Plaintiff-Appellee, | D.C. No. 2:18-cr-00599-SVW-1 |
| v. | |
| JOSE NAVARRO GOMEZ, AKA Jose Belaborte Gomez, AKA Jose Belaorte Gomez, AKA Jose Beliberto Gomez Navarro, AKA Jose Heiberto Gomez Navarro, AKA Jose Heliberto Gomez-Navarro, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Central District of California
Stephen V. Wilson, District Judge, Presiding

Submitted June 2, 2020**

Before: LEAVY, PAEZ, and BENNETT, Circuit Judges.

Jose Navarro Gomez appeals from the district court's judgment and

challenges the 30-month sentence imposed following his guilty-plea conviction for

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

being an illegal alien found in the United States following deportation, in violation of 8 U.S.C. § 1326.  We have jurisdiction under 28 U.S.C. § 1291.  We vacate and remand.

Navarro Gomez contends that the district court procedurally erred by failing to explain the sentence adequately.  We agree.  The court provided no explanation for the sentence imposed.  Moreover, the record reflects that the court did not calculate or state the Guidelines range, or reference or discuss the 18 U.S.C. § 3553(a) sentencing factors.  The district court's failure "to provide any guidance with respect to its sentencing decision" constitutes plain error.  *See United States v. Hammons*, 558 F.3d 1100, 1104-05 (9th Cir. 2009).  Accordingly, we vacate the judgment and remand for resentencing.

In light of this disposition, we do not reach Navarro Gomez's arguments concerning errors in the written judgment.

**VACATED and REMANDED for resentencing**.